**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Cool, | No. CV 05-998-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Show Low, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Christopher Cool's ("Cool") Motion to Set a Rule 16 Scheduling Conference. (Dkt. 22.) Because none of the Defendants have timely filed a response opposing Cool's Motion, the Court presumes that Defendants consent to the scheduling of a Rule 16 conference. See LRCiv 7.2(i).

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Plaintiff Cool's Motion to Set a Rule 16 Scheduling Conference. (Dkt. 22.)

**IT IS FURTHER ORDERED** that the Court Deputy shall set a Rule 16 scheduling conference and issue a Rule 16 Order containing both the time and date of the hearing as well as counsels' obligations in preparation for the hearing.

DATED this 15th day of June, 2006.

Stephen M. McNamee
United States District Judge