**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Cool, | No. CV 05-998-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Show Low, et al., | |
| Defendants. | |

Pending before the Court is a Stipulated Motion for Extension of Time filed by Plaintiff Christopher Cool and Defendant City of Show Low. (Dkt. 35.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's and Defendant's Stipulated Motion for Extension of Time. (Dkt. 35.)

**IT IS FURTHER ORDERED** that the deadline for Defendant City of Show Low to respond to Plaintiff's First Set of Requests for Production of Documents and First Set of Non-Uniform Interrogatories is extended to January 31, 2007.

DATED this 27th day of December, 2006.

Stephen M. McNamee
United States District Judge