**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Christopher Cool, | ) | No. CV 05-998-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| City of Show Low, et al., | ) ) | |
| Defendants. | ) ) ) | |

Pending before the Court is a Stipulated Motion for Extension of Time filed by Defendant City of Show Low. (Dkt. 37.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant's Stipulated Motion for Extension of Time. (Dkt. 37.)

**IT IS FURTHER ORDERED** that the deadline for Defendant City of Show Low to respond to Plaintiff's First Set of Requests for Production of Documents and First Set of Non-Uniform Interrogatories is extended to February 17, 2007.

DATED this 1st day of February, 2007.

Stephen M. McNamee
United States District Judge