**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Christopher Cool, | ) | No. CV 05-998-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| City of Show Low, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Defendant City of Show Low's Motion for Withdrawal of Counsel and Clarification of Record. (Dkt. 39.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendant City of Show Low's Motion for Withdrawal of Counsel and Clarification of Record. (Dkt. 39.)

**IT IS FURTHER ORDERED** that Jane E. Reddin, Sonya Parrish-Boun, and Ford & Harrison be removed as counsel of record from this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Jane E. Reddin, Sonya Parrish-Boun, and Ford & Harrison from the Court's record and the CM/ECF record for this matter.

DATED this 13th day of February, 2007.

Stephen M. McNamee
United States District Judge