**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Cool,<br><br>    Plaintiff<br><br>  v.<br><br>City of Show Low, an Arizona Municipal Corporation; James and Jane Doe Griffith, husband and wife; and Ray and Jane Doe Ballasteros, husband and wife,<br><br>    Defendants. | No. CV-05-998-PHX-SMM<br><br>**ORDER** |

      Pending before the Court is a Stipulated Motion to Extend the Witness Disclosure and Discovery Deadlines set forth in the September 12, 2006 Rule 16 Scheduling Order (Doc. 44) filed by Plaintiff Christopher Cool and Defendant City of Show Low.  For good cause shown,

      **IT IS HEREBY ORDERED GRANTING** Plaintiff's and Defendants' Stipulated Motion to Extend the Witness Disclosure and Discovery Deadlines.

      **IT IS FURTHER ORDERED** that the deadline for Plaintiff to identify any person who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704 or 705 is extended to **July 13, 2007**;

      **IT IS FURTHER ORDERED** that Defendant's deadline to identify any person who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704 or 705 is extended to **September 7, 2007**;

1    **IT IS FURTHER ORDERED** that the deadline for both parties to identify rebuttal
2    experts is extended from to **October 12, 2007**;
3    **IT IS FURTHER ORDERED** that the deadline for completion of all discovery,
4    including depositions of parties, witnesses and experts, answers to interrogatories and
5    supplements to interrogatories in extended to **November 2, 2007**.
6    **IT IS FURTHER ORDERED** that except with respect to the deadlines set forth herein,
7    all of the provisions in the Court's September 12, 2006 Rule 16 Scheduling Order remains
8    binding and valid on the parties.
9    DATED this 23rd day of May, 2007.

_____
Stephen M. McNamee
United States District Judge