**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Cool, | No. CV 05-998-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| City of Show Low, et al., | |
| Defendants. | |

Pursuant to the Stipulated Motion of the parties and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the deadline to identify any person who may be used at trial to present evidence is extended to **November 26, 2007.**

**IT IS FURTHER ORDERED** that the Defendants' Rebuttal Expert Disclosure Deadline is extended to **November 26, 2007.**

DATED this 31st day of August, 2007.

Stephen M. McNamee
United States District Judge