**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Christopher Cool, | ) | No. CV-05-998-PHX-SMM |
| | ) | |
| Plaintiff | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| City of Show Low, an Arizona Municipal | ) | |
| Corporation; James and Jane Doe Griffith, | ) | |
| husband and wife; and Ray and Jane Doe | ) | |
| Ballasteros, husband and wife, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the stipulated motion to extend the discovery and dispositive motions deadlines (Doc.53) and good cause appearing,

**IT IS HEREBY ORDERED** that the discovery cutoff date is extended to **December 31, 2007** and the deadline for dispositive motions is extended to **January 25, 2008**.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference currently scheduled for **December 12, 2007**, is hereby **VACATED** and will be rescheduled after the dispositive motion deadline.

DATED this 8th day of November, 2007.

Stephen M. McNamee
United States District Judge