**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher Cool,<br><br>　　　　Plaintiff<br><br>v.<br><br>City of Show Low, an Arizona Municipal Corporation; James and Jane Doe Griffith, husband and wife; and Ray and Jane Doe Ballasteros, husband and wife,<br><br>　　　　Defendants. | No. CV-05-998-PHX-SMM<br><br>**ORDER** |

　　　　Pending before the Court is the parties' Stipulation for Dismissal with Prejudice [Doc. No. # 60]. After consideration of the parties' Stipulation,

　　　　**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation for Dismissal with Prejudice [Doc. No. # 60]. This matter is dismissed with prejudice, each party to bear its own costs and attorneys' fees incurred in connection with this case.

　　　　**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

　　　　DATED this 10th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge